IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROXANNE BRADDY
o/b/o B.T.B. (a minor),                    :
                                           :        Case No. 2:17-CV-553
            Plaintiff,                     :
                                           :        JUDGE ALGENON L. MARBLEY
      v.                                   :
                                           :        Magistrate Judge Jolson
COMMISSIONER OF SOCIAL SECURITY,:
                                           :
            Defendant.                     :

## ORDER

This matter comes before the Court on the Magistrate Judge's February 21, 2018 **Report and Recommendation** (ECF No. 16), which recommended that the Court reverse the Commissioner of Social Security's non-disability finding and remand this case to the Commissioner and the Administrative Law Judge under Sentence Four of § 405(g).

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 16 at 26). The parties have failed to file any objections, and the deadline for objections (March 7, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The Commissioner of Social Security's non-disability finding is **REVERSED** and this case is **REMANDED** to the Commissioner and the Administrative Law Judge under Sentence Four of § 405(g)

**IT IS SO ORDERED.**

Date: March 28, 2018

_s/ Algenon L. Marbley_

**ALGENON L. MARBLEY**

**UNITED STATES DISTRICT JUDGEDATED:**